WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Michael Folta,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jeffrey Van Winkle, et al.,<br><br>　　　　　Defendants. | No. CV-14-01562-PHX-PGR (ESW)<br><br>**ORDER** |

The Court has reviewed Plaintiff's November 1, 2016 Motion (Doc. 152) requesting to withdraw his "Motion: Injunctive Relief (TRO against CIU/SIG investigator Pruitt)" (Doc. 151).

**IT IS ORDERED** granting Plaintiff's November 1, 2016 Motion (Doc. 152).

**IT IS FURTHER ORDERED** directing the Clerk of Court to withdraw Plaintiff's "Motion: Injunctive Relief (TRO against CIU/SIG investigator Pruitt)" (Doc. 151).

Dated this 3rd day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge